MINUTE ENTRY          8:05 a.m.


MARCEL D. DASCO, ET AL -vs- COMMONWEALTH MARITIME

PRESENT: Hon. Alex R. Munson, Chief Judge Presiding
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Michael White, Attorney for Plaintiff
   Joaquin Torres, Attorney for Maritime Group


PROCEEDINGS: MOTION FOR ORDER TO SHOW CAUSE

Attorney Michael White appeared on behalf of the Plaintiff. Attorney Joaquin Torres appeared on behalf of Defendants.

Attorney White argued the motion and requested that a listing of the family financial assets (real property and encumbrances) be submitted so that they might ascertain whether the Judgment can be satisfied. Defense argued against it.

Court ordered that the three Tinian properties that were being offered to off-set the amount owed on the Judgment, be assessed by a property appraiser within thirty (30) days to determine whether they will cover the amount owed. If they do not cover the amount owed ($34,000), then the Court will request a listing of the family assets. The Defendants may attempt to sell any assets of the now defunct corporation to satisfy the Judgment in the meantime.


                              Adjourned 8:30 a.m.



;
Applies to: DFT Commonwealth Maritime Group Corporation [KLL EOD 11/10/2004]